**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

*FILED ELECTRONICALLY*

| | |
|---|---|
| **SPENCER COATES** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. : 1:20-cv-192-GNS |
| **v.** ) | Removed from Warren Circuit Court |
| ) | Civil Action No.: 20-CI-01229 |
| **CERTAINTEED LLC and** ) | |
| **CERTAINTEED CORPORATION,** ) | |
| ) | |
| **Defendants.** ) | |

**CERTAINTEED LLC'S NOTICE OF REMOVAL**

Now comes Defendant CertainTeed LLC, a Delaware limited liability company, successor to certain assets and liabilities, including any liabilities arising from the claims asserted in this action against an entity that no longer exists named CertainTeed Corporation, formerly a Delaware Corporation, ("CertainTeed" or "Defendant"), by and through counsel, and for its Notice of Removal of this action from the Warren Circuit Court, Kentucky, to the United States District Court, Western District of Kentucky, Bowling Green Division, states as follows:

1. Plaintiff Spencer Coates ("Coates" or "Plaintiff"), filed suit in the Warren Circuit Court, Kentucky in Case No. 20-CI-01229 on or about October 22, 2020. Plaintiff's Complaint, attached hereto as Exhibit 1, seeks judgment against CertainTeed including compensatory and incidental damages exceeding $75,000 for an alleged breach of contract, breach of warranty, negligence, unjust enrichment, fraudulent misrepresentation, negligent misrepresentation, Kentucky Consumer Protection Act violation and violation of the Magnuson-Moss Warranty Act by CertainTeed associated with a CertainTeed roof system, which was installed in December 2015.

Although Plaintiff's Complaint does not specifically identify the amount in controversy, the repair estimate provided by the Plaintiff exceeds $100,000.

2. Consistent with 28 U.S.C. §1391(b)(2), removal is proper to this Court and venue lies herein because the Plaintiff filed its complaint in Warren County, Kentucky and a substantial part of the events giving rise to this lawsuit occurred in this District.

3. Consistent with 28 U.S.C. §1446(b)(1), CertainTeed was served with Plaintiff's Complaint not more than 30 days ago, specifically proof of service in the state court provides that Plaintiff served CertainTeed LLC on October 28, 2020.

4. This Court has original jurisdiction over this type of action pursuant to 28 U.S.C. §1332(a)(1), and CertainTeed may therefore remove this action to this Court pursuant to 28 U.S.C. §1441(a), based on the complete diversity of citizenship between the parties:

    (a) Plaintiff is a resident of Warren County, Kentucky, and the residence is located at 225 Stone Meadows Lane in Bowling Green, Kentucky.

    (b) CertainTeed is a Delaware limited liability company whose sole member is CertainTeed Holding Corporation, a Delaware corporation, with its principal place of business in Pennsylvania. CertainTeed maintains a principal place of business in the state of Pennsylvania. Therefore, for purposes of diversity jurisdiction, CertainTeed is a citizen of the State of Delaware and the Commonwealth of Pennsylvania.

    (c) Accordingly, this is an action between citizens in different states.

5. The amount in controversy is in excess of $75,000, exclusive of costs and interest. Plaintiff is seeking to recover the cost of the roof system and installation which pursuant to an estimate provided by Plaintiff exceeds $100,000. Thus, the amount in controversy pled is in excess of $75,000 and removal is proper pursuant to 28 U.S.C. §1332(a) and §1441(a).

6. Consistent with 28 U.S.C. §1446(a), CertainTeed attaches a copy of each pleading and process that it has received as Exhibit 1.

7. CertainTeed is the only named Defendant listed in the Complaint, so no other party needs to consent to the removal of this action.

8. CertainTeed will give written notice of filing of this Notice of Removal to all parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal with the state court.

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Steven M. Crawford*
Steven M. Crawford
Allison W. Weyand
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
(502) 589-5400
(502) 581-1087 (facsimile)
scrawford@fbtlaw.com
aweyand@fbtlaw.com
*Counsel for Defendant CertainTeed LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that on November 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system; and that a true and correct copy of the foregoing was served electronically to the following:

Timothy L. Edelen
Seth T. Church
Bell, Orr, Ayers & Moore, PSC
1010 College St.
P.O. Box 738
Bowling Green, KY 42102-0738
edelen@boamlaw.com
church@boamlaw.com
*Counsel for Plaintiff*

*/s/ Steven M. Crawford*
*Attorney for Defendant CertainTeed LLC*

BT06745.0737622 4813-4444-2578v1