# EXHIBIT 1

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION NO. _____
CIVIL ACTION NO. 20-CI-_____
*Filed Electronically*

SPENCER COATES                                                                                         PLAINTIFF

v.                                              **COMPLAINT**

CERTAINTEED, LLC                                                                                    DEFENDANTS

*Serve*:　**Registered Agent
　　　　CT Corporation System
　　　　306 W. Main Street, Ste. 512
　　　　Frankfort, KY 40601**

CERTAINTEED CORPORATION

*Serve:*　**Registered Agent
　　　　Kentucky Secretary of State
　　　　700 Capitol Avenue, Ste. 86
　　　　Frankfort, KY 40601**

*Process Agent:*　Craig Smith
　　　　　　　　20 Moores Road
　　　　　　　　Malvern, PA 19355

　　　　Comes the Plaintiff, Spencer Coates, by counsel, and for his Complaint against the Defendants states as follows:

### **PARTIES & JURISDICTION**

　　　　1.　　The Plaintiff, Spencer Coates, is a Kentucky citizen residing at 225 Stone Meadow Lane, Bowling Green, Warren County, Kentucky.

　　　　2.　　The Defendant, CertainTeed, LLC, is a Pennsylvania limited liability corporation which regularly transacts business in Kentucky, supplies services and goods in Kentucky, including building materials such as shingles, and caused damages in Kentucky, and is therefore subject to the jurisdiction of this court.

3. The Defendant, CertainTeed Corporation, was a Pennsylvania corporation which regularly transacted business in Kentucky, supplied services and goods in Kentucky, including building materials such as shingles, and caused damages in Kentucky, and is therefore subject to the jurisdiction of this court.

4. This court has subject matter jurisdiction over this case pursuant to KRS § 23A.010, as the amount in controversy exceeds the minimal jurisdictional limits of this Court.

5. Venue is proper in this Court, as the acts and omissions giving rise to this Complaint occurred within the geographical boundaries of Warren County, Kentucky.

## FACTUAL BACKGROUND

6. In 2011, Coates purchased the home located at 225 Stone Meadow Lane, Bowling Green, Kentucky.

7. On or about September 3, 2015, Coates ordered and purchased Symphony shingles and related accessories from CertainTeed Corporation for application to his home.

8. Subsequent to that purchase, CertainTeed Corporation restructured to form CertainTeed, LLC. As used in this Complaint "CertainTeed" refers to both CertainTeed Corporation and CertainTeed, LLC.

9. The Symphony shingle is a synthetic slate shingle manufactured and sold by CertainTeed.

10. CertainTeed sold the Symphony shingle with a warranty, which CertainTeed branded as SureStart. (*Symphony Limited Warranty*, attached as **Exhibit A**).

11. In addition, CertainTeed provided customers the option to purchase an extended and additional warranty in the form of its Encore warranties, either Encore-10 or Encore-15. (*Encore Warranty*, attached as **Exhibit B**).

12. Coates purchased an Encore-15 warranty from CertainTeed, paying an additional and separate fee. (*Certificate of Warranty*, attached as **Exhibit C**).

13. Under the Encore-15 warranty, coverage was extended to 15 years without proration and included coverage for materials, labor, tear-off, disposal, and workmanship.

14. On or about December 8, 2015, Coates had CertainTeed's Symphony shingles installed on his home.

15. In early 2020, it was discovered that the Symphony shingles were defective, as a large number of the shingles were curling ½ to 1½ inches from the decking and were discoloring.

16. CertainTeed's technician inspected the roof and confirmed the Symphony shingles were defective and should be removed and replaced.

17. CertainTeed has no non-defective comparable synthetic slate product sufficient to replace the defective Symphony shingles.

18. CertainTeed has failed to comply with the terms of the Encore-15 warranty provisions by refusing to pay for the necessary work to replace its defective product with a comparable synthetic slate shingle.

## COUNT 1 – BREACH OF EXPRESS WARRANTY

19. The above paragraphs are herein reiterated and incorporated by reference.

20. CertainTeed made several affirmations of fact or promises to Coates which related to its Symphony shingles and warranties covering those shingles, which induced Coates to purchase the Symphony shingles and related warranties, becoming part of the basis of the bargain.

21. Those express warranties are included in the Limited Warranty and Encore E-15 Warranty documents attached hereto as Exhibits A, B, and C.

22. CertainTeed has failed to comply with the terms of its express warranties by refusing

to pay for non-prorated materials, labor, tear-off, disposal, and workmanship for replacement of the defective Symphony shingles.

## COUNT 2 – NEGLIGENCE

23. The above paragraphs are herein reiterated and incorporated by reference.

24. CertainTeed owed Coates duties to behave as a reasonable manufacturer, seller, and warrantor of its Symphony shingle.

25. CertainTeed breached those duties by manufacturing and selling a defective product and dishonoring its warranties to replace such defective products.

26. As a result of those breaches, Coates must now replace his roof which has damaged him in an amount to be determined at trial.

## COUNT 3 – UNJUST ENRICHMENT

27. The above paragraphs are herein reiterated and incorporated by reference.

28. Coates paid for an extended Encore-15 warranty, a benefit conferred on CertainTeed at Coates's expense.

29. CertainTeed has improperly retained those payments without performing under the warranty documents, to the unjust enrichment of CertainTeed

## COUNT 4 – FRAUDULENT MISREPRESENTATION, CONCEALEMENT, AND FAILURE TO DISLOSE

30. The above paragraphs are herein reiterated and incorporated by reference.

31. CertainTeed falsely represented to Coates that the Symphony shingle was properly made, durable, and fit to serve as a synthetic slate shingle.

32. CertainTeed made such statements with knowledge of their falsity or in reckless disregard for the truth or falsity of the statements.

33. CertainTeed made such statements to induce Coates to purchase the Symphony shingle and Encore-15 warranty.

34. Coates reasonably relied on those statements.

35. Coates must now replace his roof which has damaged him in an amount to be determined at trial.

### COUNT 5 – NEGLIGENT MISREPRESENTATION

36. The above paragraphs are herein reiterated and incorporated by reference.

37. CertainTeed, in the course of its business and profession supplied false information to Coates regarding the fitness and durability of its Symphony shingle.

38. Coates justifiably relied on those misrepresentations.

39. Coates must now replace his roof which has damaged him in an amount to be determined at trial.

### COUNT 6 – KENTUCKY CONSUMER PROTECTION ACT VIOLATIONS

40. The above paragraphs are herein reiterated and incorporated by reference.

41. The Symphony shingles which Coates purchased were primarily for personal, family, or household purposes.

42. The actions of CertainTeed in selling a defective product and refusing to comply with the warranty requirements was unfair, misleading, and deceptive and done so intentionally or as a result of gross negligence.

43. Such actions and omissions constitute violations of the Kentucky Consumer Protection Act, KRS § 367.220.

### COUNT 7 – VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

44. The above paragraphs are herein reiterated and incorporated by reference.

45. Spencer Coates is a consumer who purchased shingles—a consumer product—from CertainTeed, who was operating as a supplier and warrantor as those terms are used in the Magnusson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.*

46. CertainTeed failed to remedy or repair a defect and malfunction with its shingles or to conform to the written warranty within a reasonable time in violation of the Act.

## RELIEF REQUESTED

**WHEREFORE**, the Plaintiff demands judgment as follows:

a) That judgment be entered against the Defendant in an amount in excess of the minimum jurisdictional limits of this Court, including attorney fees, expenses, and pre-judgment and post-judgment interest;

b) For a trial by jury;

c) For Plaintiff's costs herein expended, including reasonable attorney's fees; and

d) That judgment be entered for the Plaintiff for any and all other relief to which the Plaintiff appears entitled.

This 22nd day of October, 2020.

Timothy L. Edelen
Seth T. Church
Bell, Orr, Ayers & Moore, PSC
1010 College St.
P.O. Box 738
Bowling Green, KY 42102-0738
Phone:   (270) 781-8111
Fax:     (270) 781-9027
Email:   edelen@boamlaw.com
Email:   church@boamlaw.com

/s/Timothy L. Edelen
_____
Attorney for Plaintiff

Filed        20-CI-01229        10/22/2020



# CertainTeed
## 2015 Limited Warranty
### Symphony™

**ASK ABOUT ALL OF OUR OTHER CERTAINTEED® PRODUCTS AND SYSTEMS:**

ROOFING • SIDING • TRIM • DECKING • RAILING • FENCE
GYPSUM • CEILINGS • INSULATION

**www.certainteed.com**   http://blog.certainteed.com

CertainTeed Corporation
P.O. Box 860
Valley Forge, PA 19482

Professional: 800-233-8990
Consumer: 800-782-8777

© CertainTeed Corporation, Printed in U.S.A.
Code No. 20-20-3067
1/2015


SAINT-GOBAIN

Filed        20-CI-01229        10/22/2020        Brandi Duvall, Warren Circuit Clerk

# Exhibit A

COM : 000007 of 000012        Presiding Judge: HON. STEVE WILSON (608214)        CC49B580-5F69-4163-8A2C-24EDEFBC3134 : 000007 of 000015



**CONGRATULATIONS!** ...and thank you for your recent purchase of one of the fine products produced by CertainTeed Roofing. Since 1904, CertainTeed has been producing quality roofing products that provide long-lasting beauty and protection for homes of every size, style and age. For the past 100 years, the basis for our name, *"Quality made certain, satisfaction guaranteed,"* has been our ongoing philosophy.

Your CertainTeed roofing warranty fully explains how CertainTeed supports its products with the strongest warranty protection available. It is important that you read the warranty section of this brochure. Take the time to understand how CertainTeed protects your purchase by standing behind our products.

## LIMITED, PRORATED, AND TRANSFERABLE WARRANTY

**This warranty covers Symphony™ sold only in the United States of America, its territories and Canada.**

### What and Who is Covered and for How Long

CertainTeed warrants to the original property owner/consumer that, when subject to normal and proper use, Symphony shingles will be free from manufacturing defects that cause leaks for fifty (50) years from the date of original installation and that CertainTeed will pay to repair or replace, at its option, any shingles CertainTeed determines to be defective under the terms of this Limited Warranty.

In the event of repair or replacement pursuant to the terms of this Limited Warranty, the original warranty applicable at the time of original installation shall apply to the replacement shingles or the repaired shingles.

### SureStart™ Protection

All of CertainTeed's shingle products are covered by SureStart protection. Under this warranty feature, CertainTeed, at no charge, will pay to repair or replace, at its option, any shingles CertainTeed determines to be defective and that cause leaks during the applicable SureStart period. For Symphony shingles, the SureStart period begins when the original shingle installation has been completed and terminates at the completion of its seventh (7th) year of service following original installation. CertainTeed's maximum liability under SureStart is equal to the reasonable material and labor cost to replace or repair the defective shingles that cause leaks, as determined by CertainTeed. Roof tear-off, metal work, flashing and disposal expenses, and other costs or expenses incurred during such repair or replacement are not covered or reimbursed by this Limited Warranty.

SureStart protection does not extend to any Symphony shingles applied to any non-ventilated or inadequately ventilated roof deck systems, except as stated below. CertainTeed's maximum contribution toward the cost of repairing or replacing defective shingles applied to a non-ventilated or inadequately ventilated roof deck system shall not exceed $350/square, less 1/120th of that amount times the number of months from the date the shingles were originally installed to the date when CertainTeed determined the shingles to be defective. Labor costs, roof tear-off, metal work, flashing and disposal expenses, and other costs or expenses incurred during such repair or replacement are not covered or reimbursed by this Limited Warranty.

### Beyond SureStart™ Protection

If CertainTeed determines the Symphony shingles to be defective and cause leaks after the SureStart period, CertainTeed's maximum contribution toward the cost of repairing or replacing such defective shingles shall not exceed $350/square, less 1/600th of that amount times the number of months from the date the shingles were originally installed to the date when CertainTeed determined the shingles to be defective. Labor costs, roof tear-off, metal work, flashing and disposal expenses, and other costs or expenses incurred during such repair or replacement are not covered or reimbursed by this Limited Warranty.

### What the Customer Must Do

If you believe your shingles have a manufacturing defect, you must provide prompt written notification to CertainTeed with proof of the date of purchase and date of shingle application. CertainTeed will investigate each properly reported claim and will repair, replace or reimburse the homeowner for the shingles determined to be defective, in accordance with the terms of this Limited Warranty, within a reasonable amount of time if its inspection of the shingles confirms a manufacturing defect.

**Please send all notifications and correspondence to:**

**CertainTeed Corporation, 1508 Delp Drive, Harleysville, PA 19438**
**Attn: CertainTeed Roofing Technical Services Department, Telephone number: 800-345-1145**

### Warranty Registration (not required)

You may register your product warranty on CertainTeed's website: www.certainteed.com/warrantyreg. Each registrant receives a registration confirmation number by return e-mail that can be printed and kept with this Limited Warranty and your proof of purchase. If you do not have internet access, you can register your shingles by sending: (1) your name, address, and telephone number; (2) the name and contact information of the contractor who installed your shingles and the original date of installation; and (3) the type, color and number of squares of your shingles to:

**CertainTeed Corporation, CertainTeed Roofing, P.O. Box 860, Valley Forge, PA 19482**

CertainTeed will register your information and mail you a confirmation number.
Failure to register this warranty does NOT void the warranty or any of its terms.

### Roofing Plants and Regional Sales Offices

CertainTeed roofing products are sold by the CertainTeed Corporation in eight sales regions. They are manufactured in ten residential roofing plants and two commercial roofing plants.



Through innovation and creative product design, CertainTeed has helped shape the building products industry for more than 100 years. Founded in 1904 as General Roofing Manufacturing Company, the firm made its slogan *"Quality made certain. Satisfaction guaranteed,"* which quickly inspired the name CertainTeed. Today, CertainTeed is North America's leading brand of exterior and interior building products, including roofing, siding, windows, fence, decking, railing, trim, foundations, pipe, insulation, walls, ceilings and access covers. Headquarter in Valley Forge, PA, CertainTeed and its affiliates have approximately 9,000 employees and 70 manufacturing facilities throughout the United States and Canada.
More information is available at **www.certainteed.com**.

Filed                    20-CI-01229    10/22/2020                    Brandi Duvall, Warren Circuit Clerk

COM : 000009 of 000012                Presiding Judge: HON. STEVE WILSON (608214)              CC49B580-5F69-4163-8A2C-24EDEFBC3134 : 000009 of 000015

## Transferability

The Limited Warranty for Symphony shingles may only be transferred by the original property owner/consumer to a subsequent property owner one (1) time in the first two (2) years after original installation. The warranty transfer is only effective if the subsequent property owner provides written notice of the transfer to CertainTeed within sixty (60) days from the real estate transfer date. (A warranty transfer request must be sent to RPG Technical Services Department, 1508 Delp Drive, Harleysville, PA 19438.) After two (2) years, this Limited Warranty is not transferable.

## Limitations

This Limited Warranty does not provide protection against and CertainTeed will have no liability for any failure, defect or damage caused by situations and events beyond normal exposure conditions, including but not limited to:

- Winds, including gusts, greater than 90 mph, lightning, hurricane (see "Limited Wind Warranty" section for hurricane wind exception), tornado, hailstorm, earthquake, fire, explosion, flood or falling objects.
- Distortion, cracking or other failure or movement of the base material over which the shingles are applied, of the roof deck, or of the walls or foundation of the building itself.
- Damage caused by structural changes, alterations or additions, or by the installation of equipment (such as aerials, signs or air-conditioning equipment) to the structure after the original shingles have been applied.
- Shading, stains or discoloration to the shingles arising from outside sources such as but not limited to the sun, algae, fungus, moss, lichens or other vegetation, mold or mildew growth, or paints, chemicals or other similar materials.
- Misuse, abuse, neglect, or improper transportation, handling or storage of the shingles.
- Installation of the shingles over non-approved roof decks as more fully explained in the CertainTeed Symphony installation instructions.
- Improper installation or installation not in accordance with CertainTeed's written installation instructions applicable at the time of original installation.
- Damage to the shingles, the roof deck or the structure caused by ice backup or ice damming.
- Distortion or warping due to excessive or unusual heat sources, including without limitation, window reflections and heat buildup caused by inadequate roof ventilation.
- Vandalism or acts of war.
- Any other cause not a result of a manufacturing defect in the shingles.

Mold and mildew are functions of environmental conditions and are not manufacturing defects. As such, mold and mildew are not covered by this Limited Warranty or any implied warranty.

CertainTeed reserves the right to discontinue or modify any of its products, including the color of its shingles, and shall not be liable as a result of such discontinuance or modification, nor shall CertainTeed be liable in the event replacement material varies in color in comparison to the original product as a result of normal weathering. If CertainTeed replaces any material under this warranty, it may substitute products designated by CertainTeed to be of comparable quality or price range in the event the product initially installed has been discontinued or modified.

## Inadequately Ventilated and Non-Ventilated Decks

Any shingles applied to inadequately ventilated or non-ventilated decks, other than the shingles and deck systems described in the section titled "Insulated Decks and Radiant Barriers," are subject to a reduced limited warranty period of ten (10) years. Shingle damage or defects related to the absence of adequate roof system ventilation do not qualify for SureStart protection, and are limited to ten (10) years of Beyond SureStart coverage.

## Insulated Decks and Radiant Barriers

CertainTeed's Limited Warranty, including SureStart coverage, will remain in force when Symphony shingles are applied to roof deck assemblies (slopes ≥ 3:12) where foam insulation is prefabricated into the roof deck system (often called "nailboard insulation"), where insulation is installed beneath an acceptable roof deck system, or where radiant barriers are installed, with or without ventilation directly below the deck. Acceptable roof deck surfaces must consist of at least 3/8" thick plywood or 7/16" thick OSB.  If a different deck surface material will be utilized, please contact CertainTeed's Technical Services Department for assistance. See the following important restrictions.

The design professional is responsible for ensuring 1) proper quality and application of the insulation and/or radiant barrier, 2) provision of adequate structural ventilation and/or vapor retarders as determined to be necessary, and 3) that all local codes are met (particularly taking into account local climate conditions). Special attention must be taken if cellular foam, fiber glass, cellulose insulations or other highly-permeable insulation will be used in an unventilated system, or if the insulation/rafter or insulation/joist planes may create an air leak that could lead to moisture transmission and condensation problems.

All these important factors and decisions, while **not** the responsibility of CertainTeed Corporation, are critical to assure proper deck system performance.

## Ventilated Nail-Base Roof Insulation

Ventilated nail-base roof insulation products consist of rigid insulation (typically foam board) and another layer of material that provides air space above the insulation and below the nailable deck (which is typically at least 7/16" thick OSB or minimum 3/8" plywood). These products can provide soffit-to-ridge ventilation over cathedral-type ceilings, and if used and installed properly will not reduce the scope or length of CertainTeed's Limited Warranty coverage period. It is important to follow the deck manufacturer's instructions to achieve sufficient ventilation. CertainTeed offers FlintBoard™ CV – cross-ventilating insulation boards with 1", 1-1/2", or 2" air channels.

## Limited Wind Warranty

CertainTeed warrants Symphony shingles to resist blow-off damage due to wind velocities, including gusts and hurricane winds, up to 90 mph during the first five (5) years following original installation.

If any blow-off damage occurs in the first five (5) years following original installation, CertainTeed will replace all damaged shingles without charge. CertainTeed will not be responsible for or reimburse labor costs or any other costs incurred during removal or replacement of damaged shingles. Such costs or damages are the property owner's responsibility (and may be covered by homeowner's insurance).

## LIMITED WARRANTY AND LIMITATION OF REMEDIES

THE OBLIGATIONS CONTAINED IN THIS LIMITED WARRANTY CONSTITUTE THE EXCLUSIVE REMEDY AND ARE EXPRESSLY IN LIEU OF ANY AND ALL OTHER OBLIGATIONS, GUARANTEES AND WARRANTIES. APPLICABLE STATE LAW WILL DETERMINE THE PERIOD OF TIME FOLLOWING THE SALE THAT A PROPERTY OWNER/CONSUMER MAY SEEK A REMEDY UNDER THE IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.  CERTAINTEED'S OBLIGATIONS, RESPONSIBILITIES, AND/OR LIABILITY SHALL BE LIMITED TO REPAIRING OR REPLACING THE DEFECTIVE PRODUCT OR PROVIDING A REFUND PER THE TERMS OF THIS LIMITED WARRANTY. IN NO EVENT SHALL CERTAINTEED BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING ANY DAMAGE TO THE BUILDING, ITS CONTENTS, OR ANY PERSONS OR PROPERTY, THAT OCCUR AS A RESULT OF A BREACH.  IF YOUR STATE DOES NOT ALLOW EXCLUSIONS OR LIMITATIONS OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

**This warranty applies to Symphony shingles installed during the calendar year of 2015.**

Filed                   20-CI-01229       10/22/2020                       Brandi Duvall, Warren Circuit Clerk

COM : 000010 of 000012        Presiding Judge: HON. STEVE WILSON (608214)        CC49B580-5F69-4163-8A2C-24EDEFBC3134 : 000010 of 000015



# CertainTeed Symphony™ ENCORE

## Let a SELECT SHINGLE MASTER Protect Your Investment

### Symphony Roof System™

Superb products that work together to give your home the best protection. Install the System!

**Waterproofing Underlayment:**
- CertainTeed WinterGuard™ is required as follows:
  - Must be installed at the eaves if required by local building code, or when the roof system is in a snow zone, or north of the following states: NC, TN, AR, OK, NM and AZ.
  - Must be installed at all roof penetrations.
  - Must be applied as a valley liner.

**Shingle Underlayment:**
- CertainTeed Roofers' Select™, RoofWrap™ 30, ShingleFelt™ 30, Diamond Deck™ or MetaLayment™ must be installed.

**Starter Course:**
- Must be CertainTeed High-Performance starter or made from CertainTeed Symphony™ Slate shingles.

**Flashing:**
- Must replace all metal flashings.

**Shingles:**
- Must be CertainTeed Symphony Slate shingles.

**Hip and Ridge Caps:**
- Must be CertainTeed Symphony hip and ridge accessory.

**Ventilation:**
- Must be installed to meet applicable model code requirements or building code standards.
- Must have adequate intake and exhaust vents to achieve proper Net Free Ventilation area.
- If ridge ventilation devices are installed, they must have an external baffle.



The extra measure of protection when a credentialed company installs a Symphony Roof System™.

**Extended Transferable Coverage£**

| Symphony Shingles | E 10 Coverage 10 years | E 15 Coverage 15 years |
|---|---|---|
| Non-Prorated Coverage | ✔ | ✔ |
| Materials & Labor | ✔ | ✔ |
| Tear-off | ✔ | ✔ |
| Disposal |  | ✔ |
| Workmanship |  | ✔ |

Symphony Encore extends the duration and coverage of standard SureStart™ protection for the installed CertainTeed Symphony roofing products. For all other warranty features refer to CertainTeed's Symphony Slate Limited Warranty in place at the time your shingles were installed (obtain a copy by calling **800-782-8777** or visit **www.certainteed.com**).

£ Fully transferable for 10 years with E10 Coverage and 15 years with E15 Coverage; refer to CertainTeed's Symphony Slate limited warranty for details on transfers.



**CertainTeed**

*Quality made certain. Satisfaction guaranteed.*™

Filed  20-CI-01229  10/22/2020  Brandi Duvall, Fayette Circuit Clerk

Exhibit B

Code No. 20-30-368, © 2010 CertainTeed Corporation, Printed in U.S.A.

# Symphony

## ENCORE (E15)

### Certificate

The components of the Integrity Roof System™ manufactured by CertainTeed on the property below are covered by Symphony Encore (E15) protection. In case of a warranty claim, contact CertainTeed Roofing, Technical Services, 1400 Union Meeting Road, Blue Bell, PA 19422; telephone: (800) 345-1145. (See actual warranty for terms and conditions of standard SureStart warranty.)

Date of Registration: **1/4/2016**
Property Address: **225 Stone Meadows Ln**
City: **Bowling Grn**
State: **KY**
Zip: **42103-7823**
Property Owner(s): **Spencer A Coates**
Shingle Name: **Symphony**
Squares of Shingles Installed: **75**
Date of Installation Completion: **12/8/2015**
Expiration of Encore (E15) Coverage: **12/8/2030**

### Encore (E15) Coverage

- Extends standard SureStart duration and coverage to 15 years
- Covers materials, labor, tear-off, disposal and the contractor's workmanship for 15 years

Thank you for your recent purchase of one of the fine products from CertainTeed Roofing. Since 1904, CertainTeed has been producing quality roofing products that provide long-lasting beauty and protection. For over 100 years, the basis for our name, *"Quality made certain. Satisfaction guaranteed"*, has been our ongoing philosophy and CertainTeed supports its products with the strongest warranty protection available.

## Exhibit C

CC49B580-5F69-4163-8A2C-24EDEFBC3134 : 000012 of 000015

Presiding Judge: HON. STEVE WILSON (608214)

COM : 000012 of 000012

Filed                  20-CI-01229   11/02/2020            Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
11/16/2020 02:01:49 PM
89824-2



Date Produced: 11/02/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8323 5475 49. Our records indicate that this item was delivered on 10/28/2020 at 08:08 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        C2337307.13297851

Filed                  20-CI-01229   11/02/2020            Brandi Duvall, Warren Circuit Clerk

AOS : 000001 of 000001

Filed                    20-CI-01229    11/02/2020              Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
11/16/2020 02:02:15 PM
89824-2

Date Produced: 11/02/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8323 5475 32. Our records indicate that this item was delivered on 10/28/2020 at 08:02 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:     C2337307.13297852