**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| **SPENCER COATES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 1:20CV-00192-GNS** |
| **v.** | ) | CHIEF JUDGE GREG N. STIVERS |
| | ) | |
| **CERTAINTEED LLC and** | ) | |
| **CERTAINTEED CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AGREED ORDER OF DISMISSAL
## WITH PREJUDICE AS SETTLED

Plaintiff Spencer Coates ("Plaintiff") and Defendant CertainTeed LLC ("Defendant"), having reached a compromise of this matter, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that all claims Plaintiff has asserted against Defendant, in the above-referenced matter are hereby DISMISSED in their entirety WITH PREJUDICE.  This is a final Order and there is no just cause for delay in its entry.  Each party shall bear its own costs.

Greg N. Stivers, Chief Judge
United States District Court

January 28, 2021

1

**HAVE SEEN AND AGREED:**

*/s/* **Timothy L. Edelen (w/permission)**
Timothy L. Edelen
Bell, Orr, Ayers & Moore, PSC
1010 College St.
P.O. Box 738
Bowling Green, KY 42102-0738
edelen@boamlaw.com
church@boamlaw.com
***Counsel for Plaintiff***

*/s/* **Steven M. Crawford**_____
Steven M. Crawford
Allison W. Weyand
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Phone: (502) 589-5400
Fax: (502) 581-1087
scrawford@fbtlaw.com
aweyand@fbtlaw.com
***Counsel for Defendant CertainTeed LLC***